# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CARLTON KLUGH** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  1:20-CV-02306-ELR |
| ) | |
| **CSX TRANSPORTATION, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION

**COMES NOW** Morris Wade Richardson, as counsel of record for Defendant CSX Transportation, Inc., and hereby gives the Court and the parties notice of his change of address and telephone number.  The Court, Clerk of Court, and all attorneys and parties are respectfully requested to serve the undersigned at the following address:

Morris Wade Richardson, Esq.
RICHARDSONCLEMENT PC
22 Inverness Center Parkway, Suite 500
Birmingham, AL  35242
Office: (205) 729-7000
Direct: (205) 729-6050
Fax: (205) 905-7009
E-mail: wade@richardson.law

Respectfully Submitted,

s/ Morris Wade Richardson
Morris Wade Richardson (GA Bar No.: 516576)
RICHARDSONCLEMENT PC
22 Inverness Center Parkway, Suite 500
Birmingham, AL  35242
Office: (205) 729-7000
Direct: (205) 729-6050
Fax: (205) 905-7009
E-mail: wade@richardson.law
*Attorney for CSX Transportation, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 10th day of February 2021, I served the above and foregoing by United States Mail and by filing the same with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Paul R. Bennett
LAW OFFICE OF PAUL R. BENNETT
P.O. Box 11
Columbus, Georgia 31902
Email: pbennett@paulbennettlaw.com
*Attorney for Plaintiff*

Carisa German-Oden
Daniel J. Poolson, Jr.
POOLSON | ODEN
3000 West Esplanade Ave., Suite 200
Metairie, Louisiana 70002
Email: carisa@poolsonoden.com
Email: danny@poolsonoden.com
*Attorneys for Plaintiff*

*/s/ Morris Wade Richardson*
OF COUNSEL
Georgia Bar No.: 516576