**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CARLTON KLUGH,<br><br>                Plaintiff,<br><br>vs.<br><br>CSX TRANSPORTATION, INC.,<br><br>                Defendant. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-02306-ELR |

## J U D G M E N T

This action having come before the Court, Honorable Eleanor L. Ross, United States District Judge, for consideration of this Court's January 11, 2021 Order, and the Plaintiff having failed to comply with said order, it is

**Ordered and Adjudged** that the action be, and the same hereby is, **DISMISSED**.

Dated at Atlanta, Georgia, this 10th day of February, 2021.

                                                                                JAMES N. HATTEN
                                                                                CLERK OF COURT

                                                          By:   s/Jessica Kelley
                                                                             Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 10, 2021
James N. Hatten
Clerk of Court

By:  s/Jessica Kelley
        Deputy Clerk